**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 21-1128**

───────────

In re: CARLOS TERRY,

Petitioner.

───────────

On Petition for Writ of Mandamus.  (8:18-cv-01285-TDC)

───────────

Submitted:  May 20, 2021                                    Decided:  May 25, 2021

───────────

Before WILKINSON, NIEMEYER, and MOTZ, Circuit Judges.

───────────

Petition denied by unpublished per curiam opinion.

───────────

Carlos Terry, Petitioner Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Terry petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. Terry seeks an order from this court directing the district court to act. Review of the district court's docket shows that, on March 17, 2021, the court entered an order dismissing Terry's § 2241 petition and denying all other pending motions. Accordingly, because the district court has recently decided Terry's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*